JUNE 1, 1945

No. 6157.——*M. V. Jenkins et al.* v. *United States*. Entered at Sumas and Blaine, Wash. Reap. Dec.'s 6040, 6050, and 6131. Motion by appellant.